**FILED**

JUN 1 0 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | SECOND SUPERSEDING INDICTMENT |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| | ) | |
| v. | ) | CASE NO._____1:26-CR-00019_____ |
| | ) | Title 18 United States Code, |
| DAVID RICE, | ) | Sections 2, 922(g)(1), 922(g)(9), |
| CARRIONN BLACK, | ) | 924(a)(8), 1952(a)(3); and Title |
| MARCUS BROWN, | ) | 21, United States Code, Sections |
| DEVONTE POTEAT, | ) | 841(a)(1), (b)(1)(A)(vi), |
| TERENCE MONTGOMERY, | ) | (b)(1)(B)(ii), (b)(1)(B)(iii), |
| KARDELL HENDERSON, | ) | (b)(1)(B)(vi), 846 |
| RON HUNTER, | ) | |
| | ) | |
| Defendants. | ) | |

COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute
Fentanyl, Cocaine Base ("Crack"), and Cocaine, 21 U.S.C. § 846)

The Grand Jury charges:

1.    On or about November 8, 2024, to on or about May 21, 2026, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants DAVID RICE, CARRIONN BLACK, MARCUS BROWN, DEVONTE POTEAT, TERENCE MONTGOMERY, KARDELL HENDERSON, RON HUNTER and others known and unknown to the Grand Jury did knowingly and intentionally combine, conspire, confederate, and agree together and with others known and unknown to the Grand Jury, to distribute and possess with intent to distribute

1

400 grams or more of a mixture and substance containing a detectable amount of fentanyl; 28 grams or more of a mixture and substance containing a detectable amount of cocaine base ("crack"); and 500 grams or more of a mixture and substance containing a detectable amount of cocaine, Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(vi), (b)(1)(B)(ii), and (b)(1)(B)(iii).

ENHANCED PENALTY UNDER TITLE 21,
UNITED STATES CODE, SECTION 841(b)(1)(A), and (b)(1)(B)
(Prior Serious Drug Felony Conviction, 21 U.S.C. §§ 841(b)(1)(A), and (b)(1)(B))

2.      Before Defendant MARCUS BROWN, committed the offense charged in this count, the defendant had a final conviction for a serious drug felony, to wit: Drug Trafficking, in violation of Ohio Revised Code Section 2925.03(A)(2), in the Cuyahoga County Court of Common Pleas, Case No. CR-15-597824, on or about February 10, 2016, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

ENHANCED PENALTY UNDER TITLE 21,
UNITED STATES CODE, SECTION 841(b)(1)(A), and (b)(1)(B)
(Prior Serious Drug Felony Conviction, 21 U.S.C. §§ 841(b)(1)(A), and (b)(1)(B))

3.      Before Defendant MARCUS BROWN, committed the offense charged in this count, the defendant had a final conviction for a serious drug felony, to wit: Drug Trafficking, in violation of Ohio Revised Code Section 2925.03(A)(2), in the Cuyahoga County Court of Common Pleas, Case No. CR-10-544161, on or about December 17, 2010, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

All in violation of Title 21, United States Code, Section 846.

COUNT 2
(Distribution of Fentanyl,
21 U.S.C. §§ 841(a)(1), and (b)(1)(B)(vi))

The Grand Jury further charges:

4.      On or about June 30, 2025, in the Northern District of Ohio, Eastern Division, Defendant DAVID RICE did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B)(vi).

COUNT 3
(Distribution of Fentanyl,
21 U.S.C. §§ 841(a)(1), and (b)(1)(B)(vi))

The Grand Jury further charges:

5.      On or about July 10, 2025, in the Northern District of Ohio, Eastern Division, Defendant DAVID RICE did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B)(vi).

COUNT 4
(Distribution of Fentanyl,
21 U.S.C. §§ 841(a)(1), and (b)(1)(B)(vi))

The Grand Jury further charges:

6.      On or about August 13, 2025, in the Northern District of Ohio, Eastern Division, Defendant DAVID RICE did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B)(vi).

COUNT 5
(Distribution of Fentanyl,
21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi), and 18 U.S.C. § 2)

The Grand Jury further charges:

7.     On or about August 26, 2025, in the Northern District of Ohio, Eastern Division,

Defendant DAVID RICE and MARCUS BROWN did knowingly and intentionally distribute 40

grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule

II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1),

(b)(1)(B)(vi), and Title 18 United States Code, Section 2.

ENHANCED PENALTY UNDER TITLE 21,<br>UNITED STATES CODE, SECTION 841 (b)(1)(B)<br>(Prior Serious Drug Felony Conviction, 21 U.S.C. § 841 (b)(1)(B))

8.     Before Defendant MARCUS BROWN, committed the offense charged in this

count, the defendant had a final conviction for a serious drug felony, to wit: Drug Trafficking, in

violation of Ohio Revised Code Section 2925.03(A)(2), in the Cuyahoga County Court of

Common Pleas, Case No. CR-15-597824, on or about February 10, 2016, for which he served

more than 12 months of imprisonment and for which he was released from serving any term of

imprisonment related to that offense within 15 years of the commencement of the instant offense.

ENHANCED PENALTY UNDER TITLE 21,<br>UNITED STATES CODE, SECTION 841 (b)(1)(B)<br>(Prior Serious Drug Felony Conviction, 21 U.S.C. § 841 (b)(1)(B))

9.     Before Defendant MARCUS BROWN, committed the offense charged in this

count, the defendant had a final conviction for a serious drug felony, to wit: Drug Trafficking, in

violation of Ohio Revised Code Section 2925.03(A)(2), in the Cuyahoga County Court of

Common Pleas, Case No. CR-10-544161, on or about December 17, 2010, for which he served

4

more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

COUNT 6
(Possession with Intent to Distribute Fentanyl,
21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), and 18 U.S.C. § 2)

The Grand Jury further charges:

10. On or about September 3, 2025, in the Northern District of Ohio, Eastern Division, Defendants MARCUS BROWN, DEVONTE POTEAT, TERENCE MONTGOMERY, KARDELL HENDERSON, and RON HUNTER did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(vi), and Title 18 United States Code, Section 2).

ENHANCED PENALTY UNDER TITLE 21,
UNITED STATES CODE, SECTION 841(b)(1)(A)
(Prior Serious Drug Felony Conviction, 21 U.S.C. § 841(b)(1)(A))

11. Before Defendant MARCUS BROWN, committed the offense charged in this count, the defendant had a final conviction for a serious drug felony, to wit: Drug Trafficking, in violation of Ohio Revised Code Section 2925.03(A)(2), in the Cuyahoga County Court of Common Pleas, Case No. CR-15-597824, on or about February 10, 2016, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

5

ENHANCED PENALTY UNDER TITLE 21,
UNITED STATES CODE, SECTION 841(b)(1)(A)
(Prior Serious Drug Felony Conviction, 21 U.S.C. § 841(b)(1)(A))

12. Before Defendant MARCUS BROWN, committed the offense charged in this count, the defendant had a final conviction for a serious drug felony, to wit: Drug Trafficking, in violation of Ohio Revised Code Section 2925.03(A)(2), in the Cuyahoga County Court of Common Pleas, Case No. CR-10-544161, on or about December 17, 2010, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

### COUNT 7
(Possession with Intent to Distribute Cocaine Base ("Crack"),
21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii), and 18 U.S.C. § 2)

The Grand Jury further charges:

13. On or about September 3, 2025, in the Northern District of Ohio, Eastern Division, Defendants MARCUS BROWN, DEVONTE POTEAT, TERENCE MONTGOMERY, KARDELL HENDERSON, and RON HUNTER did knowingly and intentionally possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(iii), and Title 18 United States Code, Section 2).

### ENHANCED PENALTY UNDER TITLE 21,
UNITED STATES CODE, SECTION 841(b)(1)(B)
(Prior Serious Drug Felony Conviction, 21 U.S.C. § 841(b)(1)(B))

14. Before Defendant MARCUS BROWN, committed the offense charged in this count, the defendant had a final conviction for a serious drug felony, to wit: Drug Trafficking, in violation of Ohio Revised Code Section 2925.03(A)(2), in the Cuyahoga County Court of

Common Pleas, Case No. CR-15-597824, on or about February 10, 2016, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

ENHANCED PENALTY UNDER TITLE 21,
UNITED STATES CODE, SECTION 841(b)(1)(B)
(Prior Serious Drug Felony Conviction, 21 U.S.C. § 841(b)(1)(B))

15.     Before Defendant MARCUS BROWN, committed the offense charged in this count, the defendant had a final conviction for a serious drug felony, to wit: Drug Trafficking, in violation of Ohio Revised Code Section 2925.03(A)(2), in the Cuyahoga County Court of Common Pleas, Case No. CR-10-544161, on or about December 17, 2010, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

COUNT 8
(Possession with Intent to Distribute Cocaine,
21 U.S.C. §§ 841(a)(1), (b)(1)(B)(ii), and 18 U.S.C. § 2)

The Grand Jury further charges:

16.     On or about September 3, 2025, in the Northern District of Ohio, Eastern Division, Defendants MARCUS BROWN, DEVONTE POTEAT, TERENCE MONTGOMERY, KARDELL HENDERSON, and RON HUNTER did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(ii), and Title 18 United States Code, Section 2).

<u>ENHANCED PENALTY UNDER TITLE 21,</u>
<u>UNITED STATES CODE, SECTION 841(b)(1)(B)</u>
(Prior Serious Drug Felony Conviction, 21 U.S.C. § 841(b)(1)(B))

17.    Before Defendant MARCUS BROWN, committed the offense charged in this count, the defendant had a final conviction for a serious drug felony, to wit: Drug Trafficking, in violation of Ohio Revised Code Section 2925.03(A)(2), in the Cuyahoga County Court of Common Pleas, Case No. CR-15-597824, on or about February 10, 2016, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

<u>ENHANCED PENALTY UNDER TITLE 21,</u>
<u>UNITED STATES CODE, SECTION 841(b)(1)(B)</u>
(Prior Serious Drug Felony Conviction, 21 U.S.C. § 841(b)(1)(B))

18.    Before Defendant MARCUS BROWN, committed the offense charged in this count, the defendant had a final conviction for a serious drug felony, to wit: Drug Trafficking, in violation of Ohio Revised Code Section 2925.03(A)(2), in the Cuyahoga County Court of Common Pleas, Case No. CR-10-544161, on or about December 17, 2010, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

<u>COUNT 9</u>
(Distribution of Fentanyl,
21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi), and 18 U.S.C. § 2)

The Grand Jury further charges:

19.    On or about September 23, 2025, in the Northern District of Ohio, Eastern Division, Defendants DAVID RICE and CARRIONN BLACK did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of

fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(vi), and Title 18 United States Code, Section 2.

COUNT 10
(Possession with Intent to Distribute Cocaine Base ("Crack"),
21 U.S.C. §§ 841(a)(1), and (b)(1)(C))

The Grand Jury further charges:

20.     On or about October 23, 2025, in the Northern District of Ohio, Eastern Division, Defendant CARRIONN BLACK did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(C).

COUNT 11
(Possession with Intent to Distribute Fentanyl,
21 U.S.C. §§ 841(a)(1), and (b)(1)(C))

The Grand Jury further charges:

21.     On or about October 23, 2025, in the Northern District of Ohio, Eastern Division, Defendant CARRIONN BLACK did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(C).

COUNT 12
(Possession with Intent to Distribute Fentanyl,
21 U.S.C. §§ 841(a)(1), and (b)(1)(B)(vi))

The Grand Jury further charges:

22.     On or about February 11, 2026, in the Northern District of Ohio, Eastern Division, Defendant MARCUS BROWN did knowingly and intentionally possess with intent to

distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B)(vi).

### ENHANCED PENALTY UNDER TITLE 21, UNITED STATES CODE, SECTION 841(b)(1)(B)
(Prior Serious Drug Felony Conviction, 21 U.S.C. § (b)(1)(B))

23.     Before Defendant MARCUS BROWN, committed the offense charged in this count, the defendant had a final conviction for a serious drug felony, to wit: Drug Trafficking, in violation of Ohio Revised Code Section 2925.03(A)(2), in the Cuyahoga County Court of Common Pleas, Case No. CR-15-597824, on or about February 10, 2016, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

### ENHANCED PENALTY UNDER TITLE 21, UNITED STATES CODE, SECTION 841(b)(1)(B)
(Prior Serious Drug Felony Conviction, 21 U.S.C. § 841(b)(1)(B))

24.     Before Defendant MARCUS BROWN, committed the offense charged in this count, the defendant had a final conviction for a serious drug felony, to wit: Drug Trafficking, in violation of Ohio Revised Code Section 2925.03(A)(2), in the Cuyahoga County Court of Common Pleas, Case No. CR-10-544161, on or about December 17, 2010, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

### COUNT 13
(Possession with Intent to Distribute Cocaine Base ("Crack"), 21 U.S.C. §§ 841(a)(1), and (b)(1)(B)(iii))

The Grand Jury further charges:

25. On or about February 11, 2026, in the Northern District of Ohio, Eastern Division, Defendant MARCUS BROWN did knowingly and intentionally possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B)(iii).

ENHANCED PENALTY UNDER TITLE 21,
UNITED STATES CODE, SECTION 841(b)(1)(B)
(Prior Serious Drug Felony Conviction, 21 U.S.C. § 841(b)(1)(B))

26. Before Defendant MARCUS BROWN, committed the offense charged in this count, the defendant had a final conviction for a serious drug felony, to wit: Drug Trafficking, in violation of Ohio Revised Code Section 2925.03(A)(2), in the Cuyahoga County Court of Common Pleas, Case No. CR-15-597824, on or about February 10, 2016, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

ENHANCED PENALTY UNDER TITLE 21,
UNITED STATES CODE, SECTION 841(b)(1)(B)
(Prior Serious Drug Felony Conviction, 21 U.S.C. § 841(b)(1)(B))

27. Before Defendant MARCUS BROWN, committed the offense charged in this count, the defendant had a final conviction for a serious drug felony, namely, a conviction under Title 21, United States Code, Sections 846 & 841(a)(1), to wit: Drug Trafficking, in violation of Ohio Revised Code Section 2925.03(A)(2), in the Cuyahoga County Court of Common Pleas, Case No. CR-10-544161, on or about December 17, 2010, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

COUNT 14
(Possession with Intent to Distribute Cocaine,

21 U.S.C. §§ 841(a)(1), and (b)(1)(B)(ii))

The Grand Jury further charges:

28.	On or about February 11, 2026, in the Northern District of Ohio, Eastern Division, Defendant MARCUS BROWN did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B)(ii).

ENHANCED PENALTY UNDER TITLE 21,
UNITED STATES CODE, SECTION 841(b)(1)(B)
(Prior Serious Drug Felony Conviction, 21 U.S.C. § 841(b)(1)(B))

29.	Before Defendant MARCUS BROWN, committed the offense charged in this count, the defendant had a final conviction for a serious drug felony, to wit: Drug Trafficking, in violation of Ohio Revised Code Section 2925.03(A)(2), in the Cuyahoga County Court of Common Pleas, Case No. CR-15-597824, on or about February 10, 2016, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

ENHANCED PENALTY UNDER TITLE 21,
UNITED STATES CODE, SECTION 841(b)(1)(B)
(Prior Serious Drug Felony Conviction, 21 U.S.C. § 841(b)(1)(B))

30.	Before Defendant MARCUS BROWN, committed the offense charged in this count, the defendant had a final conviction for a serious drug felony, to wit: Drug Trafficking, in violation of Ohio Revised Code Section 2925.03(A)(2), in the Cuyahoga County Court of Common Pleas, Case No. CR-10-544161, on or about December 17, 2010, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

COUNT 15
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1), and 924(a)(8))

The Grand Jury further charges:

31. On or about February 11, 2026, in the Northern District of Ohio, Eastern Division, Defendant MARCUS BROWN, knowing he had previously been convicted of crimes punishable by imprisonment for terms exceeding one year, those being: Drug Trafficking and Assault on Peace Officer, on or about February 10, 2016, in Case Number CR-15-597824 in the Cuyahoga County Court of Common Pleas; Drug Trafficking, on or about December 17, 2010, in Case Number CR-10-544161, in the Cuyahoga County Court of Common Pleas; and Drug Trafficking, on or about December 17, 2010, in Case Number CR-09-532179, in the Cuyahoga County Court of Common Pleas, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Glock, model 29, 10mm semi-automatic pistol bearing serial number BRUF416, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1), and 924(a)(8).

COUNT 16
(Possession of Firearm by Person with Prior Misdemeanor Domestic Violence Conviction, 18 U.S.C. §§ 922(g)(9), and 924(a)(8))

The Grand Jury further charges:

32. On or about February 11, 2026, in the Northern District of Ohio, Eastern Division, Defendant KARDELL HENDERSON, knowing he had previously been convicted of a misdemeanor crime of domestic violence, to wit: Domestic Violence, on or about May 18, 2016, in Case Number 15CRB03876 in the Willoughby Municipal Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a HS Produkt, model XDS, 45 caliber, semi-automatic pistol bearing serial number AT162612, said firearm having been shipped and

13

transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(9), and 924(a)(8).

COUNT 17
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1), and 924(a)(8))

The Grand Jury further charges:

33. On or about February 11, 2026, in the Northern District of Ohio, Eastern Division, Defendant DEVONTE POTEAT, knowing he had previously been convicted of crimes punishable by imprisonment for terms exceeding one year, those being: Drug Trafficking, on or about April 1, 2015, in Case Number CR-14-591795 in the Cuyahoga County Court of Common Pleas; and Involuntary Manslaughter and Corrupting Another with Drugs, on or about April 1, 2015, in Case Number CR-14-585450, in the Cuyahoga County Court of Common Pleas; knowingly possessed in and affecting interstate commerce a firearm, to wit: a HS Produkt, model Hellcat, 9mm semi-automatic pistol bearing serial number AT231013, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1), and 924(a)(8).

COUNT 18
(Possession with Intent to Distribute Fentanyl,<br>21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), and 18 U.S.C. § 2)

The Grand Jury further charges:

34. On or about February 11, 2026, in the Northern District of Ohio, Eastern Division, Defendants DEVONTE POTEAT, TERENCE MONTGOMERY, and KARDELL HENDERSON did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II

14

controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(vi), and Title 18 United States Code, Section 2.

COUNT 19
(Possession with Intent to Distribute Cocaine,
21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2)

The Grand Jury further charges:

35.     On or about February 11, 2026, in the Northern District of Ohio, Eastern Division, Defendants DEVONTE POTEAT, TERENCE MONTGOMERY, and KARDELL HENDERSON did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, and  a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and Title 18 United States Code, Section 2.

COUNT 20
(Interstate Transportation in Aid of Racketeering, 18 U.S.C. §§ 1952(a)(3), and 2)

The Grand Jury further charges:

36.     On or about May 5, 2026, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants MARCUS BROWN and TERENCE MONTGOMERY, did travel in interstate commerce from the State of West Virginia to the State of Ohio, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, to wit:  a business enterprise involving the distribution of cocaine and fentanyl, Schedule II controlled substances, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), and MARCUS BROWN and TERENCE MONTGOMERY thereafter did perform and attempt to perform acts to promote, manage, carry on, and facilitate the promotion, management, and carrying on of said unlawful activity, in violation of Title 18, United States Code, Section 1952(a)(3), and Section 2.

15

<u>FORFEITURE</u>

The Grand Jury further charges:

37.    For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Sections 924(d)(1), 981(a)(1)(C); and Title 28 United States Code, Section 2461(c), the allegations of Counts 1 through 20 are incorporated herein by reference. As a result of the foregoing offenses, Defendants DAVID RICE, CARRIONN BLACK, MARCUS BROWN, DEVONTE POTEAT, TERENCE MONTGOMERY, KARDELL HENDERSON, and RON HUNTER, shall forfeit to the United States any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of the drug violations charged in Counts 1 through 14, 18 and 19; and any and all of their property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the drug violations charged in Counts 1 through 14, 18 and 19; any property real or personal, which constitutes or is derived from proceeds traceable to the violations charged in Count 20; and all firearms and ammunition involved in violation of Counts 15 through 17; including, but not limited to, the following:

    a.   Glock, model 21, 45 caliber, semi-automatic pistol bearing serial number #AYG076, seized on September 3, 2025, during the execution of search warrant on E. 134th St., East Cleveland, Ohio, associated with Defendants BROWN, MONTGOMERY, POTEAT, HENDERSON and HUNTER;

    b.   Glock, model 23, 40 caliber, semi-automatic pistol bearing serial number #NBY172, seized on October 23, 2025, during the execution of a search warrant on W. 119th St., Cleveland, Ohio (CARRIONN BLACK);

16

c. Romarm/Cugir, model Mini-Draco, .762 caliber, semi-automatic pistol bearing serial number PF-4600-2020, seized on October 23, 2025, during the execution of a search warrant on W. 119th St., Cleveland, Ohio, (CARRIONN BLACK);

d. Glock, model 29, 10mm, semi-automatic pistol bearing serial number #BRUF416. seized on February 11, 2026, during the execution of a search warrant on Brookline Dr., S. Eudlid, Ohio, (MARCUS BROWN);

e. HS Produkt, model XDS, 45 caliber, semi-automatic pistol bearing serial number #AT162612, seized on February 11, 2026, during the execution of a search warrant on Copley Ave., Solon, Ohio, (KARDELL HENDERSON);

f. Poly80, model PF940SC, 40 caliber, semi-automatic pistol bearing no serial number, seized on February 11, 2026, during the execution of a search warrant on Copley Ave, Solon, Ohio, (KARDELL HENDERSON);

g. HS Produkt, model Hellcat, 9mm, semi-automatic pistol bearing serial number AT231013, seized on February 11, 2026, during the execution of a search warrant on Sycamore Dr., Euclid, Ohio, (DEVONTE POTEAT);

h. Glock, model 26, 9mm, semi-automatic pistol bearing serial number #ADTD704. Seized on February 11, 2026, during the execution of a search warrant on N. Marginal, Cleveland, Ohio, (MONTGOMERY, HENDERSON, POTEAT)

i. $11,262.00 in U.S. Currency, seized on February 11, 2026, during the execution of a search warrant on Sycamore Drive, Euclid, Ohio, (DEVONTE POTEAT);

j. $1,515.00 in U.S. Currency, seized on February 11, 2026, during the execution of a search warrant on Copley Avenue, Solon, Ohio (KARDELL HENDERSON);

k. $6,020.00 in U.S. Currency, seized on February 11, 2026, during the execution of a search warrant on Brookline Drive, South Euclid, Ohio (MARCUS BROWN);

l. $10,780.00 in U.S. Currency, seized on May 5, 2026, during a traffic stop of TERENCE MONTGOMERY;

m. $20,830.00 in U.S. Currency, seized on May 5, 2026, during a traffic stop of MARCUS BROWN;

n. $15,925 in U.S. Currency, seized on May 21, 2026, during the arrest of MARCUS BROWN and TERENCE MONTGOMERY.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.